# Exhibit I

| | |
|---|---|
| **From:** | asilverman@lawbylex.com |
| **Sent:** | Sunday, June 15, 2014 7:21 AM |
| **To:** | Bautista, Andrew Paul; Rogers, Brenton |
| **Cc:** | Eric Marye; Scott Lidji |
| **Subject:** | Menter Specific Document Production |

Gentlemen:

We are surprised thus far how few Menter specific documents have been produced. In particular, there seems to be very little production of email communications between Abbott sales representatives and Dr. Menter, included emails from the District Manager (Dermatology TX/West) and Christine Jimerson, Regional Sales Manager, Dermatology (Scottsdale/AZ) and from the sales reps to each of those two individuals, including any detail reports about visits with Dr. Menter that they submitted internally to their District Manager and/or Regional Manager.

We also want to know who the science liaison for dermatology in Texas was, to see their documents, and to depose that individual.

I trust these deficiencies in the production can be rectified prior to the sales representative depositions.  We will undoubtedly also wish to take the production of the District Manager/TX during the relevant time period.  We can either find out the name from the sales reps or you can tell us and schedule the deposition in advance.

In addition, where are the records of what Abbott has paid Menter either directly or indirectly via checks made payable to Baylor Research Institute or Menter Dermatological Research Institute for honoraria, speaking engagements, consultancy fees on the advisory council and the like?

All of these are well within the scope of our requests for production and can be produced with less burden by the party than by a third party, TDA.

We will be holding open Dr. Menter's deposition in light of the above.

Thank you

Alexei

**Alexei M. Silverman, Esq. | asilverman@lawbylex.com | tel:** 800.657.4971 **| fax:** 877.240.4718



Law Offices of
ALEXEI M. SILVERMAN, LLC

5325 Westbard Ave., Suite 301
Bethesda, MD 20816

==================================================
**CIRCULAR 230 DISCLOSURE**:
Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
=======================================================
**CONFIDENTIALITY NOTICE:**
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.