# Exhibit L

**From:** Eric Marye [mailto:emarye@maryelaw.com]
**Sent:** Friday, January 17, 2014 2:57 PM
**To:** Bautista, Andrew Paul
**Cc:** Alexei M. Silverman; Scott Lidji
**Subject:** Re: Lucas: Follow-up to Yesterday's Meet and Confer

That's agreeable.

Sent from my iPhone

On Jan 17, 2014, at 1:18 PM, "Bautista, Andrew Paul" <abautista@kirkland.com> wrote:

> Alexei,
>
> We propose producing documents in multi-page TIFF format.  For documents collected in electronic form, we'll produce extracted text.  For documents collected in printed form, we'll produce the OCR.  We'll produce excel spreadsheets, videos, and audio in native format.
>
> For emails, we'll provide the following metadata:  date sent, date received, sender, recipients, CC, BCC, title/subject, custodian, message ID, attachment beginning/end bates number.
>
> For other documents collected in electronic form, we'll provide the following metadata:  date created, date saved, last printed date, author, application name/extension, document title, file path and custodian (to the extent such information is automatically preserved in normal usage and extractable).
>
> Andrew Bautista
> Kirkland & Ellis LLP
> Telephone: (312) 862-2078
> Facsimile: (312) 862-2200
> 300 North LaSalle
> Chicago, IL 60654
>
>> **From:** Alexei M. Silverman [mailto:asilverman@lawbylex.com]
>> **Sent:** Thursday, January 16, 2014 5:36 PM
>> **To:** Bautista, Andrew Paul
>> **Cc:** Eric Marye; Scott Lidji
>> **Subject:** Lucas: Follow-up to Yesterday's Meet and Confer
>>
>> Andrew:

I am still awaiting your response regarding the status of the electronic production/review and the available formats for the production.

I will be with limited connectivity from tomorrow though the following Friday Jan 24, but please coordinate with Eric's office in the meantime so that we can have Equivalent Data ready to accept your production and process the documents.

I will be in touch regarding the Interrogatory Responses soon after my return on the 24th and regarding available dates for the 30b6 depositions that we discussed.

Thank you,

Alexei

**Alexei M. Silverman, Esq.** | **asilverman@lawbylex.com** | **tel:** 800.657.4971 | **fax:** 877.240.4718

<image001.jpg>

===================================================
**CIRCULAR 230 DISCLOSURE**:
Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
========================================================
**CONFIDENTIALITY NOTICE:**
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.




***********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************