# Exhibit U

| | |
|---|---|
| **From:** | Lawbylex <asilverman@lawbylex.com> |
| **Sent:** | Thursday, July 03, 2014 5:36 PM |
| **To:** | Rogers, Brenton |
| **Cc:** | Eric Marye; Smith, Renee D. |
| **Subject:** | Re: Mayo clinic |

Now you are aware of it. I will be noticing and taking Drs Amin and Davis consecutively on July 28 given Mayo says that is the only day they are available.

Assume one of your hordes of defense lawyers will be there.

On Jul 3, 2014, at 4:18 PM, "Rogers, Brenton" <brogers@kirkland.com> wrote:

> Alexei, we reached out to the Mayo clinic about dates for Dr. Amin today, and were informed that they are working with you to schedule dates for Dr. Davis and Dr. Amin. We were not aware of that. Can you please let us know what is going on? Are you requesting the deposition of Dr. Davis? If so, let us know what dates you are requesting so we can confirm our availability. As you know, Mayo requires the parties to agree upon depositions of their doctors, but you have not even told us that you intend to depose Dr. Davis, much less consulted with us on acceptable dates.
>
> Also, are you planning to coordinate scheduling for Dr. Amin? We had planned to offer the three agreed-upon dates for her today, but Mayo is resisting given their prior dealings with you. Please let us know what you are doing to finalize the dates for Dr. Amin's deposition. Otherwise please notify Mayo that they should deal with us on scheduling issues.
>
> Thanks.
>
> **Brent Rogers**
> Kirkland & Ellis LLP
> 300 N. LaSalle
> Chicago, IL 60654
> +1-312-862-7119 (direct)
> +1-312-862-2200 (fax)
>
>
> ***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************